**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ALVESTER BOYD** **PLAINTIFF**
**ADC #132604**

**v.** **Case No. 4:26-cv-00266-KGB**

**BOSTON, Nurse,**
**Pulaski County Regional Detention Facility, *et al.*** **DEFENDANTS**

**ORDER**

Before the Court are plaintiff Alvester Boyd's motion for relief (Dkt. No. 44); motion for granting counsel (Dkt. No. 46); motion for subpoena (Dkt. No. 47); motion for summary judgment (Dkt. No. 49-1); motion for summary judgment settlement (Dkt. No. 51); motion for summary judgment (Dkt. No. 52); and motion for amendable settlement agreement (Dkt. No. 53). Because the Court has entered an Order and Judgment dismissing Boyd's case (Dkt. Nos. 13; 14), the motions are denied (Dkt. Nos. 44; 46; 47; 49-1; 51; 52; 53).

So ordered this 26th day of October, 2026.

Kristine G. Baker
Chief United States District Judge